**Edmond, Lindsay & Hoffler, LLP**

**344 Woodward Avenue SE**

**Atlanta, Georgia  30312**

**404-525-1080**

**WBY, INC. d/b/a FOLLIES v. DEKALB COUNTY, GEORGIA**

**INVOICE FOR BILLABLE TIME FROM MAY 31, 2013 THROUGH MARCH 23, 2018**

| Date | Staff | Description | Hours | Rate | Task Total |
|---|---|---|---|---|---|
| 5/31/13 | WJA | Meeting with Steve Youngelson-Potential Lawsuit | 1.5 | $500.00 | $750.00 |
| 5/31/13 | DBF | Meeting with Steve Youngelson-Potential Lawsuit | 1.5 | $450.00 | $675.00 |
| 6/11/13 | WJA | Draft Fee Agreement | 0.4 | $500.00 | $200.00 |
| 7/11/13 | DBF | Reviewed Security Video Footage | 2.2 | $450.00 | $990.00 |
| 8/1/13 | DBF | Drafted ORA to DeKalb County | 0.3 | $450.00 | $135.00 |
| 8/9/13 | DBF | Revised ORA & researched DKCO ORA policy | 0.3 | $450.00 | $135.00 |
| 9/2/13 | WJA | Reviewed security footage provided by Steve Youngelson | 1.5 | $500.00 | $750.00 |
| 9/3/13 | WJA | Reviewed DKCO ORA response & drafted letter re: missing docs | 2.3 | $500.00 | $1,150.00 |
| 9/12/13 | DBF | Reviewed correspondence from DKCO | 0.1 | $450.00 | $45.00 |
| 9/16/13 | DBF | Call with Steve Youngelson re: Case status | 0.1 | $450.00 | $45.00 |
| 9/17/13 | DBF | Reviewed 2 additional camera videos; 2 calls w/ Steve Shine | 0.7 | $450.00 | $315.00 |
| 9/20/13 | DBF | Call w/ DKCO records dept; Viewed DKCO video footage | 0.5 | $450.00 | $225.00 |
| 9/25/13 | DBF | Reviewed video footage w/ Steve Shine & IT to locate incident | 1.6 | $450.00 | $720.00 |
| 9/26/13 | DBF | Reviewed incident reports from raid | 0.3 | $450.00 | $135.00 |
| 9/27/13 | DBF | Reviewed ORA response from DKCO; Research county ordiances | 1.1 | $450.00 | $495.00 |
| 12/6/13 | DBF | Call w/ Cary Wiggins re: prior restraint claim; Drafted Complaint | 1.5 | $450.00 | $675.00 |
| 12/9/13 | DBF | Draft Complaint, re: Factual allegations and Follies' claims | 2.9 | $450.00 | $1,305.00 |
| 12/9/13 | DBF | Draft Complaint, re: Youngelson claims | 1.3 | $0.00 | $0.00 |
| 12/10/13 | DBF | Researched 1st & 4th Amendment issues and prior restraint claims | 1.3 | $450.00 | $585.00 |
| 12/10/13 | DBF | Phone call w/ Joshua Schindler | 0.2 | $0.00 | $0.00 |
| 12/10/13 | DBF | Phone call w/ Steve Shine | 0.1 | $450.00 | $45.00 |
| 12/10/13 | DBF | Revised draft complaint | 0.5 | $450.00 | $225.00 |
| 12/11/13 | DBF | Interviewed Joshua Schindler to add as Plaintiff | 1.0 | $0.00 | $0.00 |
| 12/11/13 | DBF | Revised complaint to add Schindler claims | 3.3 | $0.00 | $0.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/7/14 | WJA | Review and revise Complaint, re: Youngelson claims | 0.5 | $0.00 | $0.00 |
| 1/7/14 | WJA | Reviewed and substanitailly revised complaint | 1.2 | $500.00 | $600.00 |
| 1/8/14 | WJA | Researched re: identifying officer who used excessive force | 0.5 | $0.00 | $0.00 |
| 1/20/14 | WJA | Researched 1st Amendment claims re: exessive search and police misconduct; Revised Complaint | 1.3 | $500.00 | $650.00 |
| 1/24/14 | WJA | Call w/ Steve Shine re: facts of raid | 0.2 | $500.00 | $100.00 |
| 1/24/14 | WJA | Continue work on Complaint. | 2.5 | $450.00 | $1,125.00 |
| 1/27/14 | WJA | Finalized complaint | 1.6 | $500.00 | $800.00 |
| | | **Pre-Suit Phase: Gross Hours** | **34.3** | | |
| | | **Pre-Suit Phase: Hours Not Billed** | **-6.8** | | |
| | | **Pre-Suit Phase: Net Hours & Total** | **27.5** | | **$12,875.00** |
| | | | | | |
| 4/25/14 | WJA | Review Answer | 0.5 | $500.00 | $250.00 |
| 5/29/14 | WJA | Drafted 26(f) report | 1.2 | $500.00 | $600.00 |
| 5/30/14 | WJA | Call w/ Steve Youngelson re: Case Status | 0.2 | $500.00 | $100.00 |
| 5/30/14 | WJA | Conducted Rule 15(f) conference w/ DKCO; Finalized 26(f) report | 0.5 | $500.00 | $250.00 |
| 6/2/14 | HC | Drafted Initial Disclosures | 1.5 | $110.00 | $165.00 |
| 6/3/14 | WJA | Reviewed & revised Initial Disclosures | 1.4 | $500.00 | $700.00 |
| 6/16/14 | HC | Drafted initial discovery to all defendants | 2.5 | $110.00 | $275.00 |
| 6/17/14 | HC | Revised discovery to defendants | 0.5 | $110.00 | $55.00 |
| 6/26/14 | WJA | Reviewed & revised discovery to DKCO | 2.5 | $500.00 | $1,250.00 |
| 6/26/14 | WJA | Reviewed & revised discovery to individual defendants | 2.3 | $500.00 | $1,150.00 |
| 6/27/14 | WJA | Reviewed & finalized all discovery | 0.8 | $500.00 | $400.00 |
| 7/24/14 | WJA | Call w/ Charles Reed re: streamlining discovery & case | 0.2 | $500.00 | $100.00 |
| 7/24/14 | WJA | Reviewed email from Charles Reed re: streamlining discovery & case | 0.1 | $500.00 | $50.00 |
| 8/14/14 | WJA | Reviewed Defendants' Discovery responses; Drafted Dismissal for non-involved Defendants; Started good faith letter re: discovery responses | 1.2 | $500.00 | $600.00 |
| 8/15/14 | WJA | Drafted good faith letter re: Defendants' discovery responses | 2.8 | $500.00 | $1,400.00 |
| 9/4/14 | WJA | Call w/ Steve Shine re: prior raids, etc. Call w/ Steve Youngelson re: case status | 0.4 | $500.00 | $200.00 |
| 9/25/14 | WJA | Review Consent Motion to Extend Discovery | 0.2 | $500.00 | $100.00 |
| 9/29/14 | WJA | Review Order granting in part and denying in part Motion to Extend Discovery | 0.2 | $500.00 | $100.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/14 | DBF | Researched & prep for deposition of Cedric Alexander | 0.9 | $450.00 | $405.00 |
| 10/19/14 | DBF | Prepped for deposition of Cedric Alexander | 3.3 | $450.00 | $1,485.00 |
| 10/20/14 | WJA | Prepped for depositions of Hubert Brannon & Jeffrey Rutland | 1.2 | $500.00 | $600.00 |
| 10/20/14 | DBF | Deposition of Cedric Alexander | 3.0 | $450.00 | $1,350.00 |
| 10/21/14 | WJA | Depositions of Hubert Brannon & Jeffrey Rutland | 7.7 | $500.00 | $3,850.00 |
| 10/22/14 | WJA | Prepped for deposition of Lt. Williams | 0.5 | $500.00 | $250.00 |
| 10/22/14 | WJA | Deposition of Lt. Williams | 3.0 | $500.00 | $1,500.00 |
| 10/30/14 | WJA | Meet w/ Joshua Schindler re: discovery responses | 0.6 | $0.00 | $0.00 |
| 10/30/14 | WJA | Reviewed video footage of Youngelson and Schindler's arrests | 0.5 | $0.00 | $0.00 |
| 10/30/14 | WJA | Attempted review of video footage of Follies interior; Call w/ Steve Shine re: same | 0.5 | $500.00 | $250.00 |
| 11/2/14 | WJA | Drafted and fianlized Schindler's discovery responses | 3.0 | $0.00 | $0.00 |
| 11/3/14 | WJA | Researched and drafted Motion to Amend Complaint and drafted Amended Complaint | 1.5 | $0.00 | $0.00 |
| 11/4/14 | WJA | Drafted discovery responses | 1.0 | $500.00 | $500.00 |
| 11/4/14 | WJA | Meeting w/ Steve Youngelson re: discovery responses & depo prep | 1.5 | $500.00 | $750.00 |
| 11/5/14 | WJA | Drafted discovery responses & reviewed video footage | 4.2 | $500.00 | $2,100.00 |
| 11/10/14 | WJA | Revised Amended Complaint. | 3.5 | $0.00 | $0.00 |
| 11/10/14 | WJA | Exchange emails with Cary Wiggins, re: status of case, etc. | 0.2 | $500.00 | $100.00 |
| 11/11/14 | WJA | Draft Stipulation of Dismissal. | 0.5 | $500.00 | $250.00 |
| 11/11/14 | WJA | Reviewed & finalized Amended Complaint and Motion to Amend | 1.0 | $0.00 | $0.00 |
| 11/12/14 | WJA | Meeting w/ Steve Youngelson for deposition preparation | 0.5 | $500.00 | $250.00 |
| 11/12/14 | WJA | Reviewed motion to extend discovery | 0.2 | $500.00 | $100.00 |
| 11/12/14 | DBF | Deposition of Steve Youngelson | 3.0 | $450.00 | $1,350.00 |
| 11/12/14 | DBF | Deposition of Joshua Schindler | 2.0 | $0.00 | $0.00 |
| 11/17/14 | WJA | Review Order granting Motion to Extend Discovery | 0.2 | $0.00 | $0.00 |
| 11/24/14 | WJA | Call w/ Bennett Bryan re: Deposition of Stephen Rapier and issue w/ new counsel etc. | 0.3 | $500.00 | $150.00 |
| 12/9/14 | WJA | Review Order granting Motion to Amend Complaint | 0.2 | $0.00 | $0.00 |
| 12/9/14 | WJA | Review Judge May's Standing Order | 0.2 | $500.00 | $100.00 |
| 1/1/15 | HC | Started draft of Youngelson's discovery responses | 1.8 | $0.00 | $0.00 |
| 1/15/15 | HC | Reviewed Defendants' discovery responses | 1.0 | $110.00 | $110.00 |
| 1/15/15 | HC | Draft Follies' discovery responses | 3.5 | $110.00 | $385.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/15/15 | HC | Draft Youngleson's discovery responses | 2.0 | $0.00 | $0.00 |
| 1/15/15 | HC | Drafted Schindler's discovery responses | 2.0 | $0.00 | $0.00 |
| 1/23/15 | DBF | Reviewed & finalized discovery responses | 0.6 | $450.00 | $270.00 |
| 2/9/15 | WJA | Review Defendants' Answer to Amended Complaint. | 0.3 | $500.00 | $150.00 |
| | | **Discovery Phase: Gross Hours** | **74.4** | | |
| | | **Discovery Phase: Hours Not Billed** | **-18.3** | | |
| | | **Discovery Phase: Net Hours & Total** | **56.1** | | **$23,750.00** |
| | | | | | |
| 3/27/15 | WJA | Call w/ Bennett Bryan & Tres Indermark re: ext to file MSJ; Reviewed and approved consent motion | 0.2 | $500.00 | $100.00 |
| 4/30/15 | WJA | Call and email exchange w/ Bennett Bryan re: stipulation to authenticity of video footage, etc | 0.2 | $500.00 | $100.00 |
| 4/30/15 | WJA | Reviewed Defendants' MSJ and calendared response; email to OC requesting extension | 1.2 | $500.00 | $600.00 |
| 5/5/15 | WJA | Drafted & filed Motion for Extension of Tme | 0.5 | $500.00 | $250.00 |
| 5/27/15 | WJA | Meeting with Yeli Ann & Tom Giannotti re: MSJ assignments | 0.5 | $0.00 | $0.00 |
| 5/27/15 | WJA | Email exchange w/ Bennett Bryan re: docs attached to Brannon's affidavit | 0.3 | $500.00 | $150.00 |
| 6/1/15 | WJA | Reviewed Defendants' MSJ and researched cases cited by Defs; Read depos of Youngelson & Schindler | 4.5 | $500.00 | $2,250.00 |
| 6/1/15 | WJA | Call w/ Steve Shine re: meeting and declaration | 0.2 | $500.00 | $100.00 |
| 6/2/15 | WJA | Draft Declaration of Steve Shine | 0.8 | $500.00 | $400.00 |
| 6/2/15 | WJA | Meeting w/ Steve Shine, re: Declaration | 0.5 | $500.00 | $250.00 |
| 6/2/15 | WJA | Researched MSJ response; read defendant depos, reviewed video footage and docs produced in discovery | 5.8 | $500.00 | $2,900.00 |
| 6/3/15 | WJA | Outlined MSJ response; read Giannotti's memo on Motion to Strike; followed up w/ additional research | 4.5 | $500.00 | $2,250.00 |
| 6/4/15 | WJA | Work on MSJ Brief, Statement of Undisputed Facts, Motion to Strike Brannon's Affidavit. | 8.0 | $500.00 | $4,000.00 |
| 6/5/15 | WJA | Continue work on MSJ Brief, etc.; Reviewed evidence and depositions; Work on Statement of Material Facts. | 6.5 | $500.00 | $3,250.00 |
| 6/8/15 | WJA | Draft MSJ responsive pleadings. | 6.3 | $500.00 | $3,150.00 |
| 6/9/15 | WJA | Draft MSJ responsive pleadings. | 8.0 | $500.00 | $4,000.00 |
| 6/9/15 | WJA | Call w/ Steve Youngelson re: Declarations | 0.2 | $500.00 | $100.00 |
| 6/10/15 | WJA | Draft MSJ responsive pleadings. | 8.3 | $500.00 | $4,150.00 |
| 6/10/15 | WJA | Call w/ Jimi Brown, Abby Donahoo & Courtney Moon, re: interview for Declarations. | 0.9 | $500.00 | $450.00 |
| 6/10/15 | WJA | Draft Declaration of Courtney Moon. | 0.5 | $500.00 | $250.00 |
| 6/11/15 | WJA | Draft MSJ responsive pleadings. | 7.6 | $500.00 | $3,800.00 |
| 6/11/15 | WJA | Meeting with Steve Shine and Courtney Moon, re: execute Declarations | 0.4 | $500.00 | $200.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/12/15 | WJA | Call w/ Cary Wiggins re: prior restraint claims and Motion to Extend Time | 0.4 | $500.00 | $200.00 |
| 6/13/15 | WJA | Draft MSJ responsive pleadings. | 2.2 | $500.00 | $1,100.00 |
| 6/15/15 | WJA | Reviewed and finalized MSJ responsive pleadings | 7.0 | $500.00 | $3,500.00 |
| 6/16/15 | WJA | Drafted Motion for Leave to file brief w/ excess pages. | 0.5 | $500.00 | $250.00 |
| 6/16/15 | WJA | Draft Motion to Respond to Rutland MSJ Out of Time | 1.0 | $500.00 | $500.00 |
| 6/16/15 | WJA | Draft Rutland MSJ responsive pleadings | 3.0 | $0.00 | $0.00 |
| 6/18/15 | WJA | Finalize Rutland MSJ responsive pleadings | 2.0 | $0.00 | $0.00 |
| 6/29/15 | WJA | Review Reply Brief and Brief in Opposition to Motion to Strike | 0.8 | $500.00 | $400.00 |
| 7/10/15 | WJA | Review Rutland's Reply Brief. | 0.4 | $0.00 | $0.00 |
| 1/13/16 | WJA | Review Order granting in part and denying in part Defendants' Motion for Summary Judgment | 0.5 | $500.00 | $250.00 |
| 2/2/16 | WJA | Review Brannon's Motion for Reconsideration | 0.4 | $0.00 | $0.00 |
| 2/4/16 | WJA | Review Rutland Notice of Appeal | 0.2 | $0.00 | $0.00 |
| 2/4/16 | WJA | Call w/ Schindler re: settlement v. appeal, etc. | 0.5 | $0.00 | $0.00 |
| 2/5/16 | WJA | Email to Bennett Bryan re: Settlement offer for Schindler | 0.4 | $0.00 | $0.00 |
| 2/5/16 | WJA | Reviewed email from Bennett Bryan re: ext of time on PTO; Reviewed docket notice of appeal by Rutland and Brannon's motion for reconsideration; Calculated response time. | 0.5 | $0.00 | $0.00 |
| 2/9/15 | WJA | Review Motion to Stay by DeKalb County et al | 0.4 | $500.00 | $200.00 |
| 2/16/16 | WJA | Research and draft Brief in Opposition to Motion to Stay | 4.0 | $500.00 | $2,000.00 |
| 2/17/16 | WJA | Reviewed, revised & finalized brief in opposition to motion for reconsideration | 2.5 | $500.00 | $1,250.00 |
| 4/11/16 | WJA | Order, re: Motion to Stay | 0.4 | $0.00 | $0.00 |
| 4/15/16 | WJA | Draft Second Amended Complaint | 0.8 | $0.00 | $0.00 |
| 4/21/16 | WJA | Review Rutland's Answer to 2nd Amended Complaint | 0.2 | $0.00 | $0.00 |
| 4/21/16 | WJA | Review Brannon et al Answer to 2nd Amended Complaint | 0.2 | $0.00 | $0.00 |
| 5/29/16 | WJA | Drafted brief in opposition to Brannon's MSJ & response to sattement of facts | 4.0 | $0.00 | $0.00 |
| 5/30/16 | WJA | Worked on responsive pleadings to Brannon's MSJ | 1.0 | $0.00 | $0.00 |
| 5/31/16 | WJA | Reviewed, revised & finalized brief in opposition to Brannon's MSJ, statement of facts, response to statement of facts | 4.0 | $0.00 | $0.00 |
| 6/16/17 | WJA | Reviewed opinion from 11th circuit | 0.3 | $0.00 | $0.00 |
| 6/16/17 | WJA | Exchanged emails w/ Schindler re: opinion | 0.4 | $0.00 | $0.00 |
| 6/16/17 | WJA | Call w/ Josh Schindler re: opinion | 0.2 | $0.00 | $0.00 |
| 6/16/17 | WJA | Call w/ Steve Youngelson re: opinion | 0.2 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Summary Judgment Phase: Gross Hours** | 104.3 | | |
| | | **Summary Judgment Phase: Hours Not Billed** | 19.5 | | |
| | | **Additional 5% Reduction (WJA Time)** | -5.2 | | $2,600.00 |
| | | **Summary Judgment Phase: Net Hours & Total** | 79.5 | | $39,750.00 |
| | | | | | |
| 6/26/17 | WJA | Trial Prep: Reviewed file, re: PTO. | 1.0 | $500.00 | $500.00 |
| 6/27/17 | WJA | Emailed Bennett Bryan & Tres Indermark re: PTO | 0.2 | $500.00 | $100.00 |
| 8/3/17 | WJA | Drafted PTO-Voir Dire, Summary of Case, etc. | 2.5 | $500.00 | $1,250.00 |
| 8/4/17 | WJA | Worked on PTO | 3.5 | $500.00 | $1,750.00 |
| 8/9/17 | WJA | Worked on PTO | 2.0 | $500.00 | $1,000.00 |
| 8/17/17 | WJA | Exchanged emails w/ Bennett Bryan re: Ext of time for PTO | 0.3 | $500.00 | $150.00 |
| 8/17/17 | WJA | Drafted status report | 0.5 | $500.00 | $250.00 |
| 9/18/17 | WJA | Review Proposed Consent Order, re: extend time to file PTO | 0.2 | $500.00 | $100.00 |
| 9/22/17 | WJA | Reviewed attachments to PTO | 0.5 | $500.00 | $250.00 |
| 9/25/17 | WJA | Reviewed Rutland's attachments to PTO | 0.4 | $500.00 | $200.00 |
| 9/25/17 | WJA | Exchanged emails w/ OC re: Filing of PTO | 0.5 | $500.00 | $250.00 |
| 10/3/17 | WJA | Meeting w/ Natalie Woodward, Josh McLaurin & Schindler re: substituting trial counsel & trial strategy | 1.5 | $0.00 | $0.00 |
| 10/5/17 | WJA | Exchanged emails re: rescheduling of PT conference | 0.1 | $500.00 | $50.00 |
| 10/23/17 | WJA | Exchanged emails w/ co-counsel re: MIL | 0.1 | $500.00 | $50.00 |
| 10/26/17 | WJA | Exchanged emails w/ co-counsel re: MIL | 0.2 | $500.00 | $100.00 |
| 11/10/17 | WJA | Exchanged emails w/ OC re: settlement, stipulations, etc. | 0.1 | $500.00 | $50.00 |
| 11/10/17 | WJA | Prepared for and participated in settlement conference | 0.4 | $500.00 | $200.00 |
| 11/13/17 | WJA | Researched and drafted MIL | 3.5 | $500.00 | $1,750.00 |
| 11/13/17 | WJA | Reviewed depos, affidavits and discovery responses for MIL | 2.5 | $500.00 | $1,250.00 |
| 11/13/17 | WJA | Email to OC re: adding exhibit of photos of Youngelson's injuries | 0.1 | $0.00 | $0.00 |
| 11/16/17 | WJA | Meeting w/ Steve Youngelon and Steve Shine re: trial strategy | 2.5 | $500.00 | $1,250.00 |
| 11/16/17 | WJA | Researched damages claims for WBY, Inc. | 1.0 | $500.00 | $500.00 |
| 11/16/17 | WJA | Reviewed depos, affidavits & discovery responses for PTO amendments | 1.0 | $500.00 | $500.00 |
| 11/17/14 | WJA | Research damages claims for WBY, Inc., re: nominal damages and award of fees, etc. | 2.2 | $500.00 | $1,100.00 |
| 11/17/17 | WJA | Researched damages claims for individual plaintiffs | 1.0 | $0.00 | $0.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/17 | WJA | Researched damages claims forindividual plaintiffs | 2.0 | $0.00 | $0.00 |
| 11/21/17 | WJA | Drafted amendments to PTO document list, witness list & damages portion | 1.5 | $500.00 | $750.00 |
| 11/27/17 | WJA | Prepare for Pretrial conference | 3.2 | $500.00 | $1,600.00 |
| 11/27/17 | WJA | Pretrial Conference | 1.5 | $500.00 | $750.00 |
| 11/27/17 | WJA | Researched evidentiary issues related to Ozzie email; Reviewed Brannon, Rutland and Williams' depos | 4.3 | $500.00 | $2,150.00 |
| 11/28/17 | WJA | Reviewed Alexander depo; Researched Rule 45 and Rule 32; Researched FMP and ratification issues | 3.5 | $500.00 | $1,750.00 |
| 11/29/17 | WJA | Researched FMP and ratification issues; Reviewed documentary evidence | 1.4 | $500.00 | $700.00 |
| 11/29/17 | WJA | Call w/ Steve Youngelson re: trial date | 0.1 | $500.00 | $50.00 |
| 11/29/17 | WJA | Call w/ Steve Shine re: scheduling witness meetings & trial prep | 0.2 | $500.00 | $100.00 |
| 11/29/17 | WJA | Emails w/ Bennett Bryan re: Alexander availibility | 0.2 | $500.00 | $100.00 |
| 11/30/17 | WJA | Reviewed and organized trial exhibits | 0.6 | $500.00 | $300.00 |
| 11/30/17 | WJA | Exchanged emailed w/ OC re: joint exhibits | 0.1 | $500.00 | $50.00 |
| 12/1/17 | WJA | Reviewed prior settlement discussions and drafted demand letter | 2.5 | $500.00 | $1,250.00 |
| 12/5/17 | WJA | Meeting w/ co-counsel Wiggins & Woodward re: trial strategy | 2.4 | $500.00 | $1,200.00 |
| 12/6/17 | WJA | Meeting w/ Steve Shine re: prepapre testimony & coordinate witnesses | 2.2 | $500.00 | $1,100.00 |
| 12/8/17 | WJA | Prepared Joint Requests to Charge | 2.6 | $500.00 | $1,300.00 |
| 12/11/17 | WJA | Meeiting with Abby Donahoo re: trial prep | 1.4 | $500.00 | $700.00 |
| 12/11/17 | WJA | Reviewed notes and prepped direct examination of Aby Donahoo. | 1.5 | $500.00 | $750.00 |
| 12/11/17 | WJA | Meeting w/ Deon Fitzbough re: trial prep | 0.8 | $500.00 | $400.00 |
| 12/11/17 | WJA | Revised RTC and exchanged emails w/ co-counsel | 2.5 | $500.00 | $1,250.00 |
| 12/12/17 | WJA | Meeting w/ Courtney Moon re: trial prep | 1.5 | $500.00 | $750.00 |
| 12/12/17 | WJA | Reviewed notes and prepped direct examination of Courtney Moon. | 1.5 | $500.00 | $750.00 |
| 12/12/17 | WJA | Meeting w/ Byron Levorn re: trial prep; Draft direct examination. | 1.5 | $500.00 | $750.00 |
| 12/18/17 | WJA | Reviewed & finalized demand and email to OC | 1.2 | $500.00 | $600.00 |
| 12/19/17 | WJA | Reviewed documentary evidence and coordinated preparion of exhibit notebooks | 1.5 | $500.00 | $750.00 |
| 12/19/17 | WJA | Worked w/ Jennifer Larkin on exhibit notebooks | 2.3 | $0.00 | $0.00 |
| 12/19/17 | WJA | Reviewed & revised draft of joint RTC & email to OC | 0.8 | $500.00 | $400.00 |
| 12/19/17 | WJA | Call w/ Denise LaRue re: retain as jury consultant | 0.2 | $500.00 | $100.00 |
| 12/20/17 | WJA | Exchanged emails w/ Denise LaRue | 0.3 | $500.00 | $150.00 |
| 12/21/17 | WJA | Call w/ Steve Youngelson re: jury consultant | 0.2 | $500.00 | $100.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/17 | WJA | Researched Monell claims; Reviewed Alexander deposition | 2.3 | $500.00 | $1,150.00 |
| 12/22/17 | WJA | Draft direct exams of Youngelson, Shine et al. | 2.3 | $500.00 | $1,150.00 |
| 12/22/17 | WJA | Review Williams deposition and begin work on cross examination. | 2.5 | $500.00 | $1,250.00 |
| 12/28/17 | WJA | Exchanged emails w/ OC re: depos of U/C officer & Alexander | 0.2 | $500.00 | $100.00 |
| 1/2/18 | WJA | Trial prep meeting w/ Jen Larkin re: subpoenas, etc; | 0.3 | $500.00 | $150.00 |
| 1/2/18 | WJA | Revised exams & reviewed video footage. | 6.0 | $500.00 | $3,000.00 |
| 1/3/18 | JML | Prepared & sent all subpoenas | 1.0 | $110.00 | $110.00 |
| 1/3/18 | WJA | Revised exams of Alexander, U/C officer; Call w/ LTS re: demonstratives & video for trial; Exchanged emails with co-counsel re: new IC; exchanged demonstrative exhibits | 7.5 | $500.00 | $3,750.00 |
| 1/4/18 | WJA | Revised jury charges, direct exams, video footage; Sent ubpoena for Broughman; Call w/ Steve re: Broughton; Call w/ Broughton and follow-up w/ Bryan re: same | 8.3 | $500.00 | $4,150.00 |
| 1/5/18 | WJA | Meetings w/ Steve Shine & Steve Youngelson re: trial prep | 4.3 | $500.00 | $2,150.00 |
| 1/5/18 | WJA | Worked on direct exam of Youngelson & Shine; Worked w/ LTS on video footage; Addressed new docs from DKCO w/ OC; Addressed same with co-counsel | 4.5 | $500.00 | $2,250.00 |
| 1/6/18 | WJA | Meeting w/ Youngelson & Shine re: trial prep | 3.5 | $500.00 | $1,750.00 |
| 1/6/18 | WJA | Revised direct exams of Youngelson & Shine, reviewed video footage | 2.5 | $500.00 | $1,250.00 |
| 1/7/18 | WJA | Prepped for depos of Alexander & U/C officer | 5.5 | $500.00 | $2,750.00 |
| 1/8/18 | WJA | Depo of U/C officer | 2.0 | $500.00 | $1,000.00 |
| 1/8/18 | WJA | Drafted jury questions, RTC, opening statement and exams | 8.5 | $500.00 | $4,250.00 |
| 1/8/18 | JML | Contacted all witnesses to schedule trial prep meetings | 0.5 | $500.00 | $250.00 |
| 1/9/18 | WJA | Confirmed Alexander's appearance at trial, meetings with C. Moon & A. Donahoo; Revised jury questions, RTC, video clips, etc. | 9.6 | $500.00 | $4,800.00 |
| 1/9/18 | JML | Made Trial & Pleadings notebooks | 2.4 | $110.00 | $264.00 |
| 1/10/18 | WJA | Meetings w/ Loworn, Fitzbough re: trial testimony; Edited Joint Summary of case & discussed w/ co-counsel; Reviewed Bankruptcy docs used for impeachment; Finalized jury questions and discussed w/ jury consultant | 10.2 | $500.00 | $5,100.00 |
| 1/11/18 | WJA | Worked w/ investigator to get charge dispositions; Revised opening, directs, etc. | 7.5 | $500.00 | $3,750.00 |
| 1/11/18 | WJA | Prepare for Pretrial conference | 0.7 | $500.00 | $350.00 |
| 1/11/18 | WJA | Attend Pre-Trial Conference and tech review. | 1.0 | $500.00 | $500.00 |
| 1/11/18 | JML | Made 3 Exhibit Notebooks | 5.2 | $110.00 | $572.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/12/18 | WJA | Finalized jury charges; revised directs, ideal juror profiles | 7.4 | $500.00 | $3,700.00 |
| 1/12/18 | JML | Made Court Exhibit Folders, Jury Charts, Redwells for witnesses | 6.4 | $110.00 | $704.00 |
| 1/13/18 | WJA | Meeting w/ Youngelson & Shine re: Bankruptcy docs, video, prepped for direct | 3.5 | $500.00 | $1,750.00 |
| 1/13/18 | JML | Mapped all witnesses addresses & generated witness fee checks | 0.6 | $110.00 | $66.00 |
| 1/13/18 | WJA | Revised witness exams for Shine & Youngelson, Reviewed & revised cross exams of Alexander & Williams | 2.5 | $500.00 | $1,250.00 |
| 1/14/18 | JML | Drafted evidence logs | 2.1 | $110.00 | $231.00 |
| 1/15/18 | WJA | Meeting w/ co-counsel & jury consultant; Revised opening stmt, exams, etc. Meeting w/ C. Moon re: video of other arrest | 8.3 | $500.00 | $4,150.00 |
| 1/15/18 | JML | Sent subpoena for service, Finalized all exhibit books & folders | 2.4 | $110.00 | $264.00 |
| | | **Pre-Trial Phase: Gross Hours** | 204.8 | | |
| | | **Pre-Trial Phase: Hours Not Billed** | -6.9 | | |
| | | **Additional 10% Reduction (WJA Time)** | -20.6 | | $10,300.00 |
| | | **Pre-Trial Phase: Net Hours & Total** | **177.3** | | **$80,811.00** |
| | | | | | |
| 1/16/18 | WJA | Trial-Voir Dire | 8.0 | $500.00 | $4,000.00 |
| 1/16/18 | JML | Revised Juror Charts; Trial-Voir Dire | 8.5 | $110.00 | $935.00 |
| 1/16/18 | WJA | Reviewed & discussed jury & trial strategy w/ co-counsel; Reviewed opening, directs, cross exams, etc. | 3.0 | $500.00 | $1,500.00 |
| 1/17/18 | WJA | Revised cross exams of Williams & Brannon | 6.0 | $500.00 | $3,000.00 |
| 1/18/18 | WJA | Revised opening statement, cross exams of Brannon, Williams, Alexander, Rutland & Rapier | 7.5 | $500.00 | $3,750.00 |
| 1/19/18 | WJA | Trial- Prepared & presented case in chief | 7.0 | $500.00 | $3,500.00 |
| 1/19/18 | WJA | Reviewed Williams' testimony & incorporated into closing; Revised Brannon & Alexander exams due to testimony | 1.5 | $500.00 | $750.00 |
| 1/21/18 | WJA | Meeting w/ Youngelson & Shine re: direct exams and Monday witnesses | 6.0 | $500.00 | $3,000.00 |
| 1/22/18 | WJA | Trial-Presented case in chief and charge conference | 13.0 | $500.00 | $6,500.00 |
| 1/23/18 | WJA | Trial- Prepared & presented case in chief | 11.0 | $500.00 | $5,500.00 |
| 1/24/18 | WJA | Reviewed & revised anticipated cross exams of Defs' witnesses in case in chief and closing argument | 9.0 | $500.00 | $4,500.00 |
| 1/25/18 | WJA | Trial- Jury charges & verdict | 5.0 | $500.00 | $2,500.00 |
| | | **Jury Trial** | **85.5** | | **$39,435.00** |
| | | | | | |
| 2/7/18 | JML | Compiled all expenses from 2013-2018 | 5.0 | $110.00 | $550.00 |
| 2/8/18 | WJA | Post trial research-Atty Fee award under 42 U.S.C. Sec. 1988; Reviewed billing entries related to Schindler's claims | 3.5 | $500.00 | $1,750.00 |
| 2/8/18 | WJA | Review and revise billing records, re: entries for individual claims, trial entries, etc. | 2.5 | $500.00 | $1,250.00 |
| 2/8/18 | JML | Completed Bill of Costs | 1.5 | $110.00 | $165.00 |
| 2/9/18 | WJA | Continued research on Atty Fee award and reviewed billing | 4.0 | $500.00 | $2,000.00 |

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/12/18 | WJA | Drafted Motion for Atty Fees; reviewed expenses and Bill of costs; Drafted demand to Bennett Bryan | 2.5 | $500.00 | $1,250.00 |
| 2/12/18 | WJA | Review email from B. Bryan, re: demand | 0.1 | $500.00 | $50.00 |
| 2/15/18 | WJA | Review email from B. Bryan, re: extension of time | 0.1 | $500.00 | $50.00 |
| 2/19/18 | WJA | Respond to email from B. Bryan, re: extension of time | 0.1 | $500.00 | $50.00 |
| 2/21/18 | WJA | Review email from Cary Wiggins, re: Monell issue and waiver. | 0.1 | $500.00 | $50.00 |
| 2/22/18 | WJA | Review order granting extension of time | 0.1 | $500.00 | $50.00 |
| 3/2/18 | WJA | Review Order granting Bill of Costs | 0.1 | $500.00 | $50.00 |
| 3/12/18 | WJA | Email to Craig Jones, Gerry Webber and Bryan Spears, re: Declations in support of Fee Petition | 0.1 | $500.00 | $50.00 |
| 3/12/18 | WJA | Email to B. Bryan, re: extension of time to file Fee Petition | 0.1 | $500.00 | $50.00 |
| 3/12/18 | WJA | Draft Motion to Extend Time, re: Fee Petition; Outline issues for Fee Petition; Review billing records; Revise Declaration from prior cases. | 3.0 | $500.00 | $1,500.00 |
| 3/13/18 | WJA | Work on Fee Petition | 2.5 | $500.00 | $1,250.00 |
| 3/13/18 | WJA | Review Motion for New Trial & JNOV Motion | 0.6 | $500.00 | $300.00 |
| 3/14/18 | WJA | Work on Fee Petition | 3.5 | $500.00 | $1,750.00 |
| 3/16/18 | WJA | Work on Fee Petition | 2.3 | $500.00 | $1,150.00 |
| 3/19/18 | WJA | Email to B. Bryan, re: extension of time to file response to MNT and JNOV | 0.1 | $500.00 | $50.00 |
| 3/19/18 | WJA | Draft Motion to Extend Time, re: MNT & JNOV | 0.4 | $500.00 | $200.00 |
| 3/19/18 | WJA | Work on Fee Petition | 3.0 | $500.00 | $1,500.00 |
| 3/20/18 | WJA | Work on Fee Petition | 3.0 | $500.00 | $1,500.00 |
| 3/21/18 | WJA | Work on Fee Petition | 5.0 | $500.00 | $2,500.00 |
| 3/22/18 | DBF | Draft Declaration in Support of Fee Petition; Review Docket and Invoice | 2.0 | $450.00 | $900.00 |
| 3/22/18 | WJA | Work on Fee Petition | 7.0 | $500.00 | $3,500.00 |
| 3/22/18 | WJA | Finalize Fee Petition | 5.0 | $500.00 | $2,500.00 |
| | | | 57.2 | $500.00 | $25,965.00 |
| | | **Gross Hours** | 560.5 | | |
| | | **Total Net Hours & Fees** | 483.1 | | $222,586.00 |

| TIMEKEEPERS: | Gross Hours | Hours Deducted | Net Hours |
|---|---|---|---|
| WJA - William J. Atkins (Attorney) | 475.9 | -63.7 | 412.2 |
| DBF - David Fife (Attorney) | 34.1 | -7.8 | 26.3 |
| HC - Holly Crowe | 14.8 | -5.8 | 9 |
| JML - Jennifer Larkin (Paralegal) | 35.6 | 0 | 35.6 |
| | | | 483.10 |

# WBY, Inc., et al. v. DeKalb County et al.
# Civil Action File No.: 1:14-cv-00253-LMM
# Non-Taxable Costs

## Client Cost and Expenses

| | Date Paid | Payee | Amount | Description | Invoice No. |
|---|---|---|---|---|---|
| **Mailing & Courier** | | | | | |
| | 9/24/2013 | Courier Now | $ 73.56 | Pick up & Deliver ORA docs | |
| | 11/12/2014 | Courier Now | $ 23.20 | Video disc to bennett Bryan | |
| | 7/2/2015 | Apple Courier | $ 20.06 | Courier Service to Court | |
| | 1/26/2016 | Apple Courier | $ 17.33 | Courier Service to Court | |
| | 1/3/2018 | FedEx | $ 20.16 | Exhibits to LTS | |
| | 1/4/2018 | FedEx | $ 20.16 | Exhibits to LTS | |
| | 2/7/2018 | United States Postal Service | $ 31.65 | USPS Postage | |
| | | Total | $ 206.12 | | |
| **Production Cost** | | | | | |
| | 8/26/2013 | DeKalb County | $ 37.50 | Open Records Response Fee | |
| | 9/20/2013 | DeKalb County | $ 155.60 | Open Records Response Fee | |
| | 7/20/2016 | PACER | $ 12.20 | | |
| | 1/12/2018 | The Nadler Company | $ 100.00 | Obtain certified dispositions | |
| | | Total | $ 305.30 | | |
| **Travel Expenses** | | | | | |
| | 10/28/2014 | City of Decatur | $ 18.50 | WJA Parking for Hearing | |
| | 11/25/2015 | Vaughn Fray | $ 8.78 | Mileage & Parking-US Marshal's Office | |
| | 11/27/2017 | PCA Atlanta | $ 17.00 | WJA Parking for Pretrial Hearing | |
| | 1/8/2018 | City of Decatur | $ 4.00 | Parking-Hector & Alexander Depos | |
| | | Total | $ 48.28 | | |
| **Trial Expenses** | | | | | |
| | 1/9/2018 | Trial Strategist, PC | $ 3,500.00 | Jury Consultant | |
| | 1/11/2018 | PCA Atlanta | $ 17.00 | WJA Parking for Courtroom Tech Review | |
| | 1/16/2018 | PCA Atlanta | $ 6.00 | WJA Parking-Trial | |
| | 1/18/2018 | Jennifer Larkin | $ 23.26 | Mileage & Parking-Voir Dire | |
| | 1/18/2018 | PCA Atlanta | $ 14.00 | WJA Parking-Trial | |
| | 1/22/2018 | PCA Atlanta | $ 6.00 | WJA Parking-Trial | |
| | 1/23/2018 | PCA Atlanta | $ 6.00 | WJA Parking-Trial | |
| | 1/24/2018 | PCA Atlanta | $ 6.00 | WJA Parking-Trial | |
| | 1/25/2018 | PCA Atlanta | $ 17.00 | WJA Parking-Trial | |

## Client Cost and Expenses

| Date Paid | Payee | Amount | | Description | Invoice No. |
|---|---|---|---|---|---|
| 2/7/2018 | Legal Technology Services | $ | 2,124.50 | Trial Demonstratives & Video Editing | |
| 3/16/2018 | Montrell Vann | $ | 1,389.60 | Trial Transcript | |
| 3/16/2018 | Vaughn Fray | $ | 5.51 | Mileage & Parking to Deliver Transcript Check | |
| | Total | $ | 7,114.87 | | |
| | TOTAL | $ | 7,674.57 | | |