Wiggins Law Group
Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303

Invoice submitted to:
WBY, Inc. d/b/a The Follies
Atlanta GA

March 23, 2018

In Reference To: WBY Youngelson Schindler v DeKalb

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| <u>Cary</u> | | | |
| 10/21/2014 CSW Attend Brannon deposition w/ B Atkins (2.5) | | 2.50 | NO CHARGE |
| 2/24/2015 CSW Attend 11th Circuit argument in Berry v. Leslie (case where sheriff raided barber shop in south Florida for barber license check) (en banc argument) (1.5) | | 1.50 | NO CHARGE |
| 6/9/2015 CSW Reviewing DeKalb County's brief on summary judgment (prior restraint arguments) at WJA's request (and noting issues re same) (.8) | | 0.80 | |
| 6/11/2015 CSW Drafting MSJ response brief on issue of 1st Amendment / prior restraint (raid designed to cchill speech) (and reviewing depostions in support of same (5.5) | | ~~5.50~~ 1.0 | |
| 6/12/2015 CSW Email to Howard "Tres" W. Indermark, Bennett D. Bryan, Esq., William J. Atkins, Esq. Re filing motion to extend time for MSJ response (.1) | | 0.10 | NO CHARGE |
| 3/25/2016 CSW File Certificate of Interested Persons w/ USCA (.2) | | 0.20 | |
| 4/4/2017 CSW Review notice from USDC clerk re Notice for Leave of Absence for the following dates: May 19, 2017, May 26 through June 5, 2017, July 24 through 28, 2017, by Nikisha L. McDonald (.1) | | 0.10 | NO CHARGE |
| 8/3/2017 CSW Email correspondence with William Atkins re voir dire questions in 1983 strip club case (.3) | | 0.30 | |
| 11/27/2017 CSW Prep for and attend Pretrial Conference before Judge LM May (2.5) | | 2.50 | |
| 12/5/2017 CSW Reviewing and notating deposition of Dr. C. Alexander in prep for trial (3.0); Meeting w/ B Atkins re issues for trial (1.0) | | 3.10 | reduced |
| 1/8/2018 CSW Attend deposition of UC investigator (who filmed the raid) at DeKalb County law department (2.5) | | 2.50 | |
| 1/9/2018 CSW Researching and drafting jury charges (warrantless administrative search in violation of 4th Am. Search, definition of seizure, etc.) (2.8); begin reviewing notes on damages for jury charge for Follies (.3); reviewing camera footage of raid / detentions (1.4) | | 4.50 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2018 | CSW | Reviewing County's amended exhibit list (including bankruptcy filings for Follies) to gauge relevance for trial (.4); reviewing record / depositions for evidence of Monell liability based on Capt. Alexander involvement (3.0) | 3.40 | |
| 1/11/2018 | CSW | Telephone call from Judge and all counsel - spoke - pretrial conference to cover jury selection process / opening arguments (1.2) | 1.20 | |
| 1/12/2018 | CSW | Drafting proposed jury charges (1.5); meeting w/ SMY re trial testimony (1.5); reviewing defendants' proposed special interrogatories and jury instructions (1.4) | 4.40 | |
| 1/13/2018 | CSW | Reviewing subparts of 15-420 that don't apply to case for removal from exhibit (.3) | 0.30 | |
| 1/16/2018 | CSW | Prepare for and attend voir dire and other matters in USDC (8.0) | 8.00 | |
| 1/17/2018 | CSW | Teleconference w/ architect (P McElroy) re working w. Follies GM for sketching floor plan of club (.3) | 0.30 | |
| 1/18/2018 | CSW | Email correspondence with Phen McElroy re items to be identified in floor plan for demonstrative evidence at trial (.4) | 0.40 | |
| 1/19/2018 | CSW | Assist in Trial on behalf of WBY (8.0) | 8.00 | |
| 1/22/2018 | CSW | Assist in trial on behalf of WBY (8.0) | 8.00 | |
| 1/23/2018 | CSW | Assist in trial on behalf of WBY (4.5) | 4.50 | |
| 1/24/2018 | CSW | Assist in trial on behalf of WBY (8.0) | 8.00 | |
| 1/25/2018 | CSW | Assist in trial on behalf of WBY (8.0) | 8.00 | |
| 2/11/2018 | CSW | Assist in trial on behalf of WBY (8.0) | 8.00 | |
| 3/15/2018 | CSW | Begin reviewing MOTION for Judgment as a Matter of Law Defendant's Renewed Motion for Judgment as a Matter of Law Or, In The Alternative, Motion for a New Trial with Brief In Support by DeKalb County (.8) | 0.80 | |
| 3/22/2018 | CSW | Preparing declaration in support of fee petition (including reviewing all time and costs spent on matter for adjustment to reflect Lodestar) (2.0) | 2.00 | |
| 3/23/2018 | CSW | Finalizing declaration and supporting documents in support of attorney's fee petition (.8); reviewing brief in support of attorney's fees (.4) | 1.20 | |
|  |  | SUBTOTAL: | ~~90.10~~ 85.60 | $36,380 |
|  |  | **Susan** |  |  |
| 2/24/2014 | SJ | Email to Ms. Mary Jo Sheean | 0.10 | NO CHARGE |
| 3/3/2016 | SJ | Drafting leave of absence for CSW | 0.50 | NO CHARGE |
| 3/22/2016 | SJ | Drafting CIP for USCA | 0.80 | NO CHARGE |
| 1/11/2018 | SJ | Drafting jury charges w/ CSW | 2.00 | |
| 1/17/2018 | SJ | Telephone call w/ P McElroy re floor plan for Follies to use as exhibit | 0.50 | |
|  |  | SUBTOTAL: | ~~3.00~~ 2.50 | $312.50 |
|  |  | For professional services rendered | 94.00 | |

Additional Charges :

| | | | Amount |
|---|---|---|---:|
| **Admin** | | | |
| 1/29/2018 A | Drafting fee for floorplan exhibit | | |
| | SUBTOTAL: | [ | 285.00] |
| | Total costs | | $285.00 |