## Edmond, Lindsay & Hoffler, LLP

344 Woodward Ave SE    )4-525-1080
Atlanta, GA 30312    )4-525-1073

Bill To:    **Follies c/o Steve Youngelson**    May 1, 2018
Address:

Invoice March 26, 2018 - May 1, 2018

| Date | Staff | Description | Hours | Rate | Task Total |
|------|-------|-------------|-------|------|------------|
| 3/26/18 | WJA | TC with Zack Greenamyre, re: assistance in responding to MNT and JNOV | 0.2 | $500.00 | $100.00 |
| 3/26/18 | WJA | Review MNT and JNOV, preliminary outline of arguments; assign tasks to Zack G. | 0.5 | $500.00 | $250.00 |
| 3/26/18 | WJA | Review Trial Transcript and identify testimony relevant to issues raised in MNT and JNOV. | 3.0 | $500.00 | $1,500.00 |
| 3/26/18 | WJA | Research legal issues raised in MNT, especially "state of mind" requirement for Monell claims. | 2.5 | $500.00 | $1,250.00 |
| 3/27/18 | WJA | Continue review of Trial Transcript and research of legal issues raised in MNT. | 3.8 | $500.00 | $1,900.00 |
| 3/27/18 | WJA | Draft Brief in Opp. To MNT (Monell and evidence issues). | 3.4 | $500.00 | $1,700.00 |
| 3/28/18 | WJA | Finalize first draft of Brief in Opp. To MNT. | 3.5 | $500.00 | $1,750.00 |
| 3/29/18 | WJA | TC/emails with Zack G; Review and revise Zack's parts of JNOV brief; draft portions of brief related to sufficiency of the evidence | 4.5 | $500.00 | $2,250.00 |
| 3/29/18 | WJA | Continue work on my portions of JNOV brief; revise first draft of MNT brief. | 3.2 | $500.00 | $1,600.00 |
| 3/30/18 | WJA | TC/emails with Zack G.; Continue work on briefs; finalize and file same. | 5.0 | $500.00 | $2,500.00 |
| 4/13/18 | WJA | Review DeKalb's Brief opposing Fee Petition | 0.5 | $500.00 | $250.00 |
| 4/19/18 | WJA | Research and outline Reply Brief | 1.0 | $500.00 | $500.00 |
| 4/20/18 | WJA | Draft Reply Brief | 4.0 | $500.00 | $2,000.00 |
| 4/25/18 | WJA | Continue work on Reply Brief | 2.5 | $500.00 | $1,250.00 |
| 4/27/18 | WJA | Review, finalize and file Reply Brief | 1.3 | $500.00 | $650.00 |
| 4/27/18 | WJA | Review Declaration and hours submitted buy Zack Greenamyre; review my time entries and prepare invoice for supplemental fee petition; draft supplemental fee petition. | 1.2 | $500.00 | $600.00 |
| 5/1/18 | WJA | Draft Supplemental Declaration; Finalize and file Supplement to Fee Petition | 1.7 | $500.00 | $850.00 |
| | | **TOTALS** | **41.8** | | **$20,900.00** |

| Total |
|---|
| #REF! |
| #REF! |
| #REF! |
| #REF! |
| #REF! |