**MITCHELL & SHAPIRO LLP**
**3490 Piedmont Road N.E.**
**Suite 650**
**Atlanta, GA 30305**
**(404) 812-4747**
Federal ID #58-2277633

Page: 1
April 19, 2018
Client No. 1530-001C
Statement No: 36655

Follies

Statement

## Fees

| Date | Atty | Description | Rate | Hours |
|---|---|---|---|---|
| 03/26/2018 | ZG | Phone call with Bill Atkins regarding briefing for responses to MNT and JNOV. | 0.00 | 0.30 |
| 03/27/2018 | ZG | Email and phone call with Bill Atkins re: case; review MSJ order from Judge May (discounted .9 hours). | 0.00 | |
| 03/28/2018 | ZG | Review transcripts of jury instructions, closing arguments, charge conference, testimony of Chief Alexander, verdict form, legal memo by Bill Atkins 3.1 (discount by 3.1); Review Pembaur and Praprotnik carefully 1.3 (discount by 1.3); Review treatise sections on administrative searches 1.1 (discount by 1.1) Research Praprotnik progeny in Eleventh Circuit and deliberate indifference "requirement" in Monell cases; research final policymaker determination and what officials have been identified as policymakers; review secondary sources on Praprotnik and Pembaur liability 3.7 Research administrative search cases in Eleventh Circuit 1.1 Research unreasonable method of executing otherwise reasonable search cases 0.6 Total cases and secondary sources reviewed in at least some form: 43 | | |
| | | 9.9 hours - 5.5 discounted. | 0.00 | 5.40 |
| 03/29/2018 | ZG | Initial drafting in full of response to JNOV; emails and phone calls with Bill Atkins regarding same; detailed review of Chief Alexander testimony; further review of jury instructions and charge conference Additional research on various issues including, JNOV standard with favorable language, 7th Am implications with JNOV, general verdict issues, implicit overruling contention by DK, scope and administrative search, ratification and moving force issues, research into "tacit approval" language in Monell jurisprudence, review in some detail 49 cases. | 0.00 | 12.00 |
| 03/30/2018 | ZG | Review Bill Atkins' first draft of portions MNT and feedback regarding my draft of JNOV; initial drafting in full of portions of response to MNT related to special interrogatories, prejudice regarding deliberate indifference, and cumulative error; in connection with drafting, additional research regarding FRCP 26 and 37 and propriety of sanctions, invited error doctrine, | | |

|  | Rate | Hours |  |
|---|---|---|---|
| cumulative error doctrine, and miscellaneous issues; review in some detail of 18 cases 5.7 |  |  |  |
| Final review, revision, citechecking/bluebooking (after consultation with BA regarding personal idiosyncracies), and submission 1.3 | 0.00 | 7.00 |  |
| For Current Services Rendered |  | 24.70 | 0.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Zack Greenamyre | 24.70 | $0.00 | $0.00 |